AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

MARCEL MCGRAY
_____
*Plaintiff(s)*

v.

Civil Action No. 9:26-CV-80286-WM

BRAUN ABILITY
MOBILITY WORKS
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE BRAUN ABILITY c/o CT CORP SYSTEM
334 NORTH SENATE AVE
INDIANAPOLIS, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARCEL MCGRAY
6379 DOGWOOD LANE
LANTANA, FLORIDA 33462

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/30/2026

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*